UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
Panama City Division

| | |
|---|---|
| BRITTANY PITTS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ) | **CASE NO: 507CV 169 RSI EMT** |
| JOSEPH R. FRANCIS; MRA ) | |
| HOLDING, LLC, a California Limited ) | |
| Liability Company; and MANTRA FILMS, ) | |
| INC., an Oklahoma Corporation, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

### RULE 55(A) AFFIDAVIT

I, Lawrence Eldridge Burkhalter, Esq., as attorney and counsel of record for the Plaintiff, Brittany Pitts, and pursuant to Federal Rule of Civil Procedure 55(a), hereby attest, under the penalty of perjury, that more than twenty (20) days have elapsed since service of the Summons and Complaint on Defendant, MRA Holdings, LLC., and that to date no answer or other responsive pleading has been served by or on behalf of this Defendant.

Dated this 14th day of September, 2007.

WEINBERG, WHEELER,
HUDGINS, GUNN & DIAL, LLC

_____
LAWRENCE E. BURKHALTER.
Florida Bar Number: 186104
2601 S. Bayshore Drive, Suite 850
Miami, Florida 33133
Phone: 305-455-9500
Fax: 305-455-9501

2CASE NO: 507CV 169 RSI EMT

**SWORN to and SUBSCRIBED** before me on this  /4  day of September, 2007 by LAWRENCE ELDRIDGE BURKHALTER, who  X  is personally known to me or who has _____ provided identification, to wit:

_____

_____
*Bonnie Collins*
Notary Public, State of Florida at Large

*Bonnie Collins*
Print Name

My Commission expires:



Notary Public State of Florida
Bonnie Collins
My Commission DD677748
Expires 05/23/2011