## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### Panama City Division

BRITTANY PITTS,             )
                                  )
     Plaintiff,           )

vs.                        )
                                  )
                                  )    **CASE NO: 507CV 169 RSI EMT**
JOSEPH R. FRANCIS; MRA      )
HOLDING, LLC, a California Limited   )
Liability Company; and MANTRA FILMS, )
INC., an Oklahoma Corporation,     )
                                  )
     Defendants.         )
_____)

### RULE 55(A) AFFIDAVIT

I, Lawrence Eldridge Burkhalter, Esq., as attorney and counsel of record for the
Plaintiff, Brittany Pitts, and pursuant to Federal Rule of Civil Procedure 55(a), hereby
attest, under the penalty of perjury, that more than twenty (20) days have elapsed since
service of the Summons and Complaint on Defendant, Mantra Films, Inc., and that to
date no answer or other responsive pleading has been served by or on behalf of this
Defendant.

Dated this _14th_ day of September, 2007.

                                      WEINBERG, WHEELER,
                                      HUDGINS, GUNN & DIAL, LLC

                                    LAWRENCE E. BURKHALTER.
                                    Florida Bar Number: 186104
                                    2601 S. Bayshore Drive, Suite 850
                                    Miami, Florida 33133
                                    Phone: 305-455-9500
                                    Fax: 305-455-9501

2CASE NO:  507CV 169 RSI EMT

**SWORN to and SUBSCRIBED** before me on this _____ day of September, 2007 by LAWRENCE ELDRIDGE BURKHALTER, who __X__ is personally known to me or who has _____ provided identification, to wit:

_____

_____

_____

Notary Public,  State of Florida
at Large

_____

Print Name

My Commission expires:

