UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
Panama City Division

| | |
|---|---|
| BRITTANY PITTS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| JOSEPH R. FRANCIS; MRA HOLDING, LLC, a California Limited Liability Company; and MANTRA FILMS, INC., an Oklahoma Corporation, | ) ) ) ) ) ) |
| Defendants. | ) ) |

CASE NO: 507CV 169 RSI EMT

## RULE 55(A) AFFIDAVIT

I, Lawrence Eldridge Burkhalter, Esq., as attorney and counsel of record for the Plaintiff, Brittany Pitts, and pursuant to Federal Rule of Civil Procedure 55(a), hereby attest, under the penalty of perjury, that more than twenty (20) days have elapsed since service of the Summons and Complaint on Defendant, Joseph R. Francis, and that to date no answer or other responsive pleading has been served by or on behalf of this Defendant.

Dated this 14th day of September, 2007.

WEINBERG, WHEELER,
HUDGINS, GUNN & DIAL, LLC

LAWRENCE E. BURKHALTER.
Florida Bar Number: 186104
2601 S. Bayshore Drive, Suite 850
Miami, Florida 33133
Phone: 305-455-9500
Fax: 305-455-9501

**SWORN to and SUBSCRIBED** before me on this _____ day of September, 2007 by LAWRENCE ELDRIDGE BURKHALTER, who __X__ is personally known to me or who has _____ provided identification, to wit:

_____

_____
Notary Public, State of Florida at Large

_____
Print Name

My Commission expires:

